DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM KERRY STEPHENS,**
Appellant,

v.

**EXECUFLIGHT, INC.,**
Appellee.

No. 4D22-1499

[April 27, 2023]

Appeal and cross-appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Ellen Feld, Judge; L.T. Case No. COWE18-007130.

Charles M. Eiss of Law Offices of Charles Eiss, P.L., Plantation, for appellant.

Andrew S. Douglas of Andrew Douglas, P.A., Weston, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***